IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

ORIGINAL

Richard C. Hunt                              - 08-324 :

        v.                          CA. NO.

Brian Emig

FILED
2006 MAY 18 PM 4:26
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the plaintiff, RICHARD C. HUNT, pro-se, and moves this Honorable Court for Appointment of Counsel, to represent Plaintiff.

In support of this Motion plaintiff states that the following is true and correct, to the best of his Knowledge and belief.

1.) Plaintiff is incarcerated.

2.) Plaintiff is unskilled in the law.

3.) The administration at Delaware Correctional Center has Plaintiff on "medium High" Security where there is substantial limited access to the law library.

4.) The case requires investigation that the Plaintiff will not be able to do because of his imprisonment.

5.) Plaintiff has failed to properly present his case in PREVIOUS LAWSUITS. (same Issues).

6.) Credibility is important, so that lawyer will need to conduct cross-examination

7.) Appointment of Counsel would serve the best interests of justice in this case. (Delayed reporting and acknowledgment of events through the Aministrative process). Plaintiff never received results from the alleged investigation.

WHEREFORE, Plaintiff prays this Honorable Court appoint counsel to represent the plaintiff.

5/16/06
DATE

Richard C. Hunt
Delaware Corr. Center
Smyrna, DE 19977