Date Printed: 5/22/2006

# Individual Statement

## For Month of October 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.15 |
|-----|-----------|-----------|-----|--------|------------------|-------|
| 00274714 | HUNT | RICHARD | | | | |

Current Location: 23    Comments: QOI AM

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | Pay To | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|--------|------------|
| Supplies-MailP | 10/5/2005 | $0.00 | $0.00 | ($3.61) | $0.15 | 167054 | | 3/7/05 | |
| Supplies-MailP | 10/6/2005 | ($0.15) | $0.00 | ($3.46) | $0.00 | 168780 | | 3/7/05 | |
| Supplies-MailP | 10/12/2005 | $0.00 | $0.00 | ($2.68) | $0.00 | 170566 | | 7/11/05 | |
| Supplies-MailP | 10/12/2005 | $0.00 | $0.00 | ($2.68) | $0.00 | 170567 | | 7/11/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($2.67) | $0.00 | 171907 | | 9/12/05 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement - No Transactions This Month

Date Printed: 5/22/2006

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00274714 | HUNT | RICHARD | | | |

Current Location: 23

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 5/22/2006

## For Month of December 2005

| SID | Last Name | First Name | MI | Suffix | Reg Mth Balance: |
|---|---|---|---|---|---|
| 00274714 | HUNT | RICHARD | | | $0.00 |

Current Location: 23          Comments: QOL4M

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 12/13/2005 | $10.00 | $0.00 | $0.00 | $10.00 | 194746 | 45647334 | 12/5/05 | J. HUNT |
| Supplies-MailP | 12/15/2005 | $0.00 | $0.00 | ($2.13) | $10.00 | 196120 | | 7/11/05 | |
| Supplies-MailP | 12/29/2005 | ($2.68) | $0.00 | $0.00 | $7.32 | 201710 | | 7/11/05 | |
| Supplies-MailP | 12/29/2005 | ($2.68) | $0.00 | $0.00 | $4.64 | 201709 | | 7/11/05 | |
| Supplies-MailP | 12/29/2005 | ($2.87) | $0.00 | $0.00 | $1.77 | 201957 | | 9/12/05 | |
| Supplies-MailP | 12/29/2005 | ($1.77) | $0.00 | ($1.69) | $0.00 | 202047 | | 3/7/05 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

Date Printed: 5/22/2006

# Individual Statement

Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00274714 | HUNT | RICHARD | | | | |

Current Location: 23    Comments: QOLAM

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/17/2006 | $0.00 | $0.00 | ($3.57) | $0.00 | 209125 | | 1/3/06 | |
| Supplies-MailP | 1/18/2006 | $0.00 | $0.00 | ($1.11) | $0.00 | 210646 | | 1/3/06 | |
| Supplies-MailP | 1/19/2006 | $0.00 | $0.00 | ($1.11) | $0.00 | 211224 | | 1/5/06 | |
| Supplies-MailP | 1/19/2006 | $0.00 | $0.00 | ($0.74) | $0.00 | 211226 | | 01/5/06 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($0.78) | $0.00 | 214099 | | 1/23/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  $0.00

# Individual Statement

Date Printed: 5/22/2006

Page 1 of 1

## For Month of February 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00274714 | HUNT | RICHARD | M | | | |

Current Location: 23    Comments: QOLAM

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Mail | 2/1/2006 | $70.00 | $0.00 | $0.00 | $70.00 | 215392 | 0303789507 | 1/2/06 | S. DORDEY |
| Supplies-MailP | 2/2/2006 | ($3.57) | $0.00 | $0.00 | $66.43 | 217434 | | 1/2/06 | |
| Supplies-MailP | 2/2/2006 | ($1.69) | $0.00 | $0.00 | $64.74 | 217461 | | 3/7/05 | |
| Supplies-MailP | 2/2/2006 | ($2.13) | $0.00 | $0.00 | $62.61 | 217486 | | 12/5/05 | |
| Supplies-MailP | 2/2/2006 | ($1.11) | $0.00 | $0.00 | $61.50 | 217670 | | 1/3/06 | |
| Supplies-MailP | 2/2/2006 | ($0.74) | $0.00 | $0.00 | $60.76 | 217643 | | 01/5/06 | |
| Supplies-MailP | 2/2/2006 | ($1.11) | $0.00 | $0.00 | $59.65 | 217641 | | 1/5/06 | |
| Supplies-MailP | 2/2/2006 | ($0.78) | $0.00 | $0.00 | $58.87 | 218040 | | 1/23/06 | |
| Pay-To | 2/6/2006 | ($10.00) | $0.00 | $0.00 | $48.87 | 218678 | | PROJECT AWARE | |
| Supplies-MailP | 2/10/2006 | $0.00 | $0.00 | ($0.60) | $48.87 | 221644 | | 12/13/05 | |
| Canteen | 2/14/2006 | ($29.10) | $0.00 | $0.00 | $19.77 | 222307 | | | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.39) | $19.77 | 223473 | | 2/2/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($0.39) | $19.77 | 224666 | | 1/30/06 | |
| Canteen | 2/28/2006 | ($8.46) | $0.00 | $0.00 | $11.31 | 228062 | | | |

Ending Mth Balance:  $11.31

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  $0.00

# Individual Statement

Date Printed: 5/22/2006

Page 1 of 1

## For Month of March 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | | |
|---|---|---|---|---|---|---|---|---|
| 00274714 | HUNT | RICHARD | | | $11.31 | | | |

Current Location: 23

Comments: QOLAM

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 3/10/2006 | ($0.60) | $0.00 | $0.00 | $10.71 | 234682 | | | |
| Supplies-MailP | 3/10/2006 | ($0.39) | $0.00 | $0.00 | $10.32 | 234742 | | | |
| Supplies-MailP | 3/10/2006 | ($0.39) | $0.00 | $0.00 | $9.93 | 235029 | | | |
| Mail | 3/13/2006 | $10.00 | $0.00 | $0.00 | $19.93 | 235844 | 4792901975 | 12/13/05 | |
| Canteen | 3/15/2006 | ($8.12) | $0.00 | $0.00 | $11.81 | 237019 | | 2/2/06 | |
| Mail | 3/22/2006 | $30.00 | $0.00 | $0.00 | $41.81 | 239981 | 477790639 | 1/30/06 | J. HUNT |
| Canteen | 3/28/2006 | ($29.63) | $0.00 | $0.00 | $12.18 | 241562 | | | M. ROLLINS |

Ending Mth Balance: $12.18

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

Date Printed: 5/22/2006

# Individual Statement

Page 1 of 1

## For Month of April 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | |
|---|---|---|---|---|---|---|
| 00274714 | HUNT | RICHARD | | | $12.18 | |

Current Location:    23                    Comments: QOLAM

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 4/11/2006 | ($10.94) | $0.00 | $0.00 | $1.24 | 247686 | | | |

                                                          Ending Mth Balance:    $1.24

Total Amount Currently on Medical Hold:  $0.00
Total Amount Currently on Non-Medical Hold:  $0.00