IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD C. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-324-KAJ |
| | ) | |
| BRIAN EMIG and CORRECTIONAL OFFICER D. ANGLO, | ) ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Eileen Kelly on behalf of Defendant Brian Emig. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendant. The Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                            STATE OF DELAWARE
                                            DEPARTMENT OF JUSTICE

                                            /s/ Eileen Kelly
                                            Eileen Kelly, I.D. #2884
                                            Deputy Attorney General
                                            Carvel State Office Building
                                            820 North French Street, 6th Floor
                                            Wilmington, Delaware 19801
                                            (302) 577-8400
                                            eileen.kelly@state.de.us
Date: September 11, 2006                Attorney for Defendant Brian Emig

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF.  I hereby certify that on September 11, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  Richard C. Hunt.

      /s/ Eileen Kelly
      Deputy Attorney General
      Department of Justice
      820 N. French St., 6th Floor
      Wilmington, DE 19801
      (302) 577-8400
      eileen.kelly@state.de.us