OCTOBER.2.06

TO: CLERK of the COURT:
    Lockbox 18
    844 King St.
    U.S. Courthouse
    Wilmington, DE 19801

Please forward a current docket sheet in the case of:

Richard C. Hunt V. Brian Emig, etAL.
Civil Action no. 06-324-KAJ



RO scanned

Thank you,

*Richard Hunt*
Richard C. Hunt
DCC 274714
1181 Paddock Rd



I/M Richard Hunt
SB# 274714 UNIT C-Building
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
02 OCT 2006 PM 1 T

U.S.M.S.
X-RAY

Clerk of the Court
Lockbox 18
844 King St.
Wilmington, De
19801