In the United States District Court
For the District of Delaware

Richard C. Hunt,
　　Plaintiff,

v.                                       Civ. No. 06-324-KAJ

Brian Emig and C/O D'Anglo
　　Defendants.

FILED
OCT -6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD Scanned

## Motion for Reconsideration of Appointment of Counsel

Comes now, the Plaintiff, Richard C. Hunt, pro se, and moves this Honorable Court, pursuant to 28 U.S.C. § 1915(e)(1), to reconsider exercising it's discretion to appoint Counsel in this civil matter. In support of this motion, Plaintiff states the following:

1. Plaintiff is incarcerated at the Delaware Correctional Center, Smyrna, De.

2. Plaintiff is unskilled in the law.

3. Plaintiff's limited access to the law library is inadequate.

4. This Court denied Plaintiff's first request for counsel, without prejudice.

5. This Court has instructed the defendant's attorney, Eileen Kelly, Esq. to confer

Hunt v. Emig and D'Anglo   Civ.no. 06-324-KAJ

Page 2

with the Plaintiff in an effort to resolve this civil matter, letter dated 9-20-06.

6. As of this writing, Plaintiff has not spoken to attorney Kelly.

7. The Court's letter also contained a form scheduling order.

8. Plaintiff would submit to this Court, that he is incapable of responding to the scheduling order for lack of legal understanding.

9. That Plaintiff require the assistance of counsel to effectuate the following:

   a. Amend his complaint
   b. Add other defendants
   c. Pursue discovery
   d. Contact expert witness
   e. Apply for a protective order
   f. Pursue settlement

Wherefore, Plaintiff respectfully request this honorable Court to appoint Counsel in the interest of fairness.

I declare under the penalty of perjury that the foregoing is true and correct.

October 4, 2006

_____
Plaintiff
DCC 274714
1181 Paddock rd.
Smyrna, De 19977

## Certificate of Service

I, **Richard C. Hunt, Plaintiff,** hereby certify that I have served a true And correct cop(ies) of the attached: **Motion For Reconsideration of Appointment of Counsel** upon the following parties/person (s):

TO: **Eileen Kelly**
**Deputy Attorney General**
**820 N. French St, 6Th Floor**
**Wilmington, De 19801**

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this **3rd** day of **october** ,200**6**

I/M Richard Hunt
SBI# 274714 UNIT C-Building CR#4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, De  19801-3570