**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RICHARD C. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-324-KAJ |
| | ) | |
| BRIAN EMIG, | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S INITIAL DISCLOSURES**
**PURSUANT TO FED. R. CIV. P. 26(a)**

Pursuant to Fed. R. Civ. P. 26(a), the Defendant Officer Brian Emig ("Defendant") hereby provides Plaintiff with the following information:

(a) Individuals likely to have knowledge of discoverable information that may be used to support State Defendants' defenses:

1) Brian Emig, Howard R. Young Correctional Institution, 1301 E. 12th Street, Wilmington, DE 19809.

2) Nurse Carmen Davis, Baylor Women's Correctional Institution, 660 Baylor Boulevard, New Castle, DE 19720.

(b) Documents that may be used to support Defendant's defenses:

All Department of Correction and institutional files relating to the incidents which form the basis of the Complaint.

(c) Experts and their opinions:

Defendant has not yet retained any experts, but reserves the right to do so, and will supplement this response as required by Rule 26(a).

(d) Insurance agreements in force:

    Not applicable.  Defendant further discloses that no such insurance exists.

(e) Basis for any damages claimed:

    Not applicable.

    Defendant reserves the right to supplement these disclosures.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendant

Date: October 30, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2006, I electronically filed *Defendant's Initial Disclosures* with the Clerk of Court using CM/ECF.  I hereby certify that on October 30, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  Richard Hunt.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE  19801
(302) 577-8400
eileen.kelly@state.de.us