IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD C. HUNT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-324-*** |
| | : | |
| BRIAN EMIG, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

At Wilmington this **5th** day of **February, 2007**.

IT IS ORDERED that the status teleconference scheduled for Tuesday, March 13, 2007 at 4:30 p.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE