## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD C. HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-324-*** |
| | ) |
| BRIAN EMIG, | ) JURY TRIAL REQUESTED |
| | ) |
| Defendant. | ) |

## ORDER

This __30__ day of __March__, __2007__,

**WHEREAS,** Defendant having requested leave to depose Plaintiff Richard C. Hunt pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED,** that Defendant's Motion for Leave to Depose Plaintiff shall be granted and Defendants shall have the right to depose Plaintiff Richard C. Hunt.

_____
Judge