IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD C. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-324-*** |
| | ) | |
| BRIAN EMIG, | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION**

TO:  Richard C. Hunt
SBI # 274714
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the oral deposition of Richard C. Hunt will be taken by Eileen Kelly, Deputy Attorney General, on Friday, April 27, 2007 beginning at 10:00 a.m. The deposition will take place at the Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977, and will be transcribed by a professional reporter.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Eileen Kelly
    Deputy Attorney General
    Department of Justice
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
DATED: April 17, 2007    eileen.kelly@state.de.us

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2007, I electronically filed *Defendant's Notice to Take Deposition of Plaintiff* with the Clerk of Court using CM/ECF. I hereby certify that on April 17, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Richard C. Hunt.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendant